86 A.3d 830

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Willie Lee BROOKS, Respondent.**

Supreme Court of Pennsylvania.

Feb. 20, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of February 2014, the Petition for Allowance of Appeal is **GRANTED** on the following issues gleaned from the Petition:

Where the trial court concludes a continuance request was made solely for purpose of delay, must the court support its decision by placing evidence on the record or articulating "compelling reasons"?